IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00389-MEH

ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a
Connecticut corporation,

        Plaintiff,

v.

PAUL B. JONES; and
WOMEN'S HEALTH CARE OF WESTERN COLORADO,
PC, formally known as ROBERT HACKETT, LOUIS IRVIN,
STEPHEN MESCHAM, PAUL JONES, MECHAM &
JONES, PARTNERSHIP & GYNECOLOGICAL
ASSOCIATION, formally known as ROBERT HACKETT,
STEPHEN MEACHAM, PAUL JONE, MEACHAM &
JONES PARTNERSHIP & GYNECOLOGICAL
ASSOCIATION,

        Defendant.

**PLAINTIFF ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S RESPONSE TO ORDER TO SHOW CAUSE (ECF NO. 5)**

On February 18, 2020, this Court issued an Order to Show Cause (ECF 5) asking Plaintiff St. Paul Fire and Marine Insurance Company ("St. Paul") why the Court should not dismiss the case for lack of subject matter jurisdiction. This Court's diversity jurisdiction over the subject matter of this case is premised on Defendant Dr. Paul Jones being a citizen of Colorado. (Compl. ¶¶ 15-16, ECF No. 1.) In its Order, this Court questioned whether sufficient grounds exist to determine that Dr. Jones is a citizen of Colorado. (ECF No. 5, pp. 1-3.) The Order noted that citizenship is where a person is domiciled, which depends on residency and an intent to

remain indefinitely. (Order 2, ECF No. 5.) The Order identified several relevant factors for determining citizenship, including: residency, work address, vehicle registration and driver's license, ownership of real property, voter registration and voting practices, location of bank accounts, and membership in community organizations.  (Order 2-3, ECF No. 5.) Evidence related to the factors identified by the Court establishes that Dr. Jones is a citizen of Colorado, as shown below:

      1.      <u>Stipulation</u>: Dr. Jones has stipulated through his counsel that he is domiciled in Colorado, intends to remain in Colorado, and is a citizen of Colorado. (Exhibit 1.)

      2.      <u>Voter Registration, Voting Behavior, and Political Contributions</u>: According to the Colorado Secretary of State, Dr. Jones is a registered Colorado voter and has been for 47 years. (Exhibit 2.) A Thomson Reuters' PeopleMap search revealed Dr. Jones made at least six political contributions to the Colorado Medical PAC, a Colorado candidate for political office, and to the Colorado Medical Society Small Donor Committee between 2000 and 2010. (Exhibits 3-8.) According to a PeopleMap search, Dr. Jones voted in primary and general elections from 2006 to 2012. (Exhibit 9.) Dr. Jones' voting and political activity within Colorado strongly supports the conclusion that he is a Colorado citizen.

      3.      <u>Ownership of Real Property</u>: A Thomson Reuters' PeopleMap search revealed Dr. Jones (1) is "Head of Household" for three properties in Colorado, and (2) has a boat registered in the State of Colorado that identifies his address as Grand Junction, Colorado. (Exhibits 10-13.)

      4.      <u>Automobile Registration</u>: A Thomson Reuters' PeopleMap search of DMV records revealed (1) a Toyota Highlander registered in Colorado to Dr. Jones at a Colorado

address since 2019, (2) a Volkswagen Jetta registered in Colorado to Dr. Jones at a Colorado address from 2010 to 2017, (3) a trailer registered in Colorado to Dr. Jones at a Colorado address from 2003-2015, and (4) a trailer registered to Dr. Jones at a Colorado address from 2013 to 2019.  (Exhibits 14-17.)

      5.      <u>Professional Licensing and Place of Employment or Business</u>: The Colorado Department of Regulatory Agencies lists Dr. Jones as a Colorado registered and licensed physician for forty-seven years from July 11, 1972 to November 1, 2019 at a medical office in Colorado. (Exhibit 18.) According to a November 1, 2019 Stipulation and Final Agency Order of the Colorado Medical Board, Dr. Jones voluntarily surrendered his Colorado license after the Board became aware of the allegations in the underlying case. (Exhibit 19.) The Department of Health & Human Services' National Plan & Provider Enumeration System identifies Dr. Jones as having a Colorado mailing address and Colorado primary practice address. (Exhibit 20.)  One company that compiles and centralizes business data identifies him as the current treasurer of a Colorado medical practice. (Exhibit 21.)  Online advertisers for physicians, like WebMD, Zocdoc, and U.S. News and World Reports, list Dr. Jones as a physician in Grand Junction, Colorado affiliated with Colorado hospitals like St. Mary's Hospital and Medical Center, and Community Hospital-Grand Junction. (Exhibits 22-24.)

      6.      <u>Social Media</u>: Dr. Jones' Linkedin profile identifies him as working as a physician in Colorado. (Exhibit 25.) Dr. Jones's Facebook page lists his current city and hometown as Grand Junction, Colorado. (Exhibit 26.)

  7. <u>Emmons Action</u>: Dr. Jones is currently a defendant in a Mesa County lawsuit. He has appeared in that lawsuit and not contested the Mesa County Court's personal jurisdiction over him or the venue. (Exhibit 27.)

  8. <u>Membership in Colorado Community Organizations and Associations</u>: Dr. Jones is listed as a Board of Director of the Colorado Riverfront Foundation, Inc., which is the nonprofit arm of a Colorado commission with stewardship over parts of Colorado's river system. (Exhibits 28-29.)

## **CONCLUSION**

The Court should withdraw its Order to Show Cause and conclude there is sufficient grounds to determine Dr. Jones is a citizen of Colorado and therefore that it has diversity jurisdiction over this case.

Dated: February 24, 2020.      Respectfully submitted,

            *s/ Evan Bennett Stephenson*
            Evan Bennett Stephenson
            Wheeler Trigg O'Donnell LLP
            370 Seventeenth Street, Suite 4500
            Denver, CO 80202
            Telephone: 303.244.1800
            Facsimile: 303.244.1879
            Email: stephenson@wtotrial.com

            Attorneys for Plaintiff St. Paul Fire and Marine Insurance Company

## **CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on February 24, 2020, I electronically filed the foregoing **PLAINTIFF ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S RESPONSE TO ORDER TO SHOW CAUSE (ECF NO. 5)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

- **Evan Bennett Stephenson**
  stephenson@wtotrial.com,strader@wtotrial.com,cljones@wtotrial.com

*s/ Evan Bennett Stephenson*