IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00389-WJM-GPG

ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a
Connecticut corporation,

       Plaintiff,

v.

PAUL B. JONES;
STEPHEN R. MEACHAM; and
WOMEN'S HEALTH CARE OF WESTERN COLORADO,
PC, formally known as ROBERT HACKETT, LOUIS IRVIN,
STEPHEN MESCHAM, PAUL JONES, MECHAM &
JONES, PARTNERSHIP & GYNECOLOGICAL
ASSOCIATION, formally known as ROBERT HACKETT,
STEPHEN MEACHAM, PAUL JONE, MEACHAM &
JONES PARTNERSHIP & GYNECOLOGICAL
ASSOCIATION,

       Defendants.

---

## WAIVER AND ACCEPTANCE OF PLAINTIFF'S AMENDED COMPLAINT

---

I hereby waive Personal Service and accept service of Plaintiff St. Paul Fire and Marine Insurance Company's amended compalint.

Dated this 17th day of March, 2021.

By: _____ Attorney for
Stephen R. Meacham    Keith Lapuyade