IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-389-WJM-GPG

ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,

    Plaintiff,

v.

PAUL B. JONES;
STEPHEN MEACHAM; and
WOMEN'S HEALTH CARE OF WESTERN COLORADO, PC, formally known as ROBERT HACKETT, LOUIS IRVIN, STEPHEN MESCHAM, PAUL JONES, MECHAM & JONES, PARTNERSHIP & GYNECOLOGICAL ASSOCIATION, formally known as ROBERT HACKETT, STEPHEN MEACHAM, PAUL JONE, MECHAM & JONES PARTNERSHIP & GYNECOLOGICAL ASSOCIATION,

    Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

---

    Defendants Paul B. Jones, Stephan Meacham, and Women's Health Care Center of Western Colorado, PC ("Defendants"), through their respective counsel, request that the Court grant a 90-day extension of time to September 30, 2022 to respond to Plaintiff's Motion for Summary Judgment.

<u>Certificate of Conferral Pursuant to D.C.COLO.LCivR 7.1</u>

    Undersigned counsel for Defendant Jones communicated with counsel for Plaintiff who does not oppose this Motion.

1.     On February 11, 2022, Plaintiff filed an early Motion for Summary Judgment ("Motion") (ECF No. 111) seeking a conclusive ruling from the Court that it has no coverage obligations to any of the Defendants for the three (3) underlying lawsuits at issue.

2.     Defendants' responses to the Motion were originally due on March 4, 2022, but the Court granted Defendants' request for an extension of time to respond to July 2, 2022 to conduct necessary discovery.  (ECF No. 117)

3.     Defendants' then served written discovery requests upon Plaintiff and requested a Fed. R. Civ. P. 30(b)(6) deposition of Plaintiff concerning the issues raised in Plaintiff's motion for summary judgment. Plaintiff's counsel advised Defendants' that Plaintiff requires additional time to respond to the written discovery requests and the request for a Rule 30(b)(6), and both can be accomplished sometime in August, 2022.

4.     Once discovery is completed Defendants' require additional time to prepare their responses to the motion for summary judgment.

5.     The requested extension of time to September 30, 2022 is still 2 months before the December 28, 2022 dispositive motions filing deadline.

Respectfully submitted this 17th day of June, 2022.

/s/ Barrett Weisz
Barrett Weisz
Barrett Weisz, LLC
900 Arapahoe Avenue
Boulder, CO  80302
(303) 443-0521
Weiszllc@gmail.com
*Counsel for Paul B. Jones*

*/s/ Jeremy Sitcoff*
Jeremy Sitcoff
Kevin Ahearn
Levin Sitcoff Waneka PC
1512 Larimer Street, Suite 650
Denver, Colorado 80202
(303) 575-9390
jeremy@lsw-legal.com
kevin@lsw-legal.com
*Counsel for Women's Health Care of Western Colorado, PC*

*/s/ Keith Lapuyade*
Keith Lapuyade
Evans Case, LLP
1660 South Albion Street, Suite 1100
Denver, CO 80222
(303) 757-8300
keith@evanscase.com
*Counsel for Defendant Stephen Meacham*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June 2022, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record,

*/s/ Barrett Weisz*
Barrett Weisz