IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-389-CNS-GPG

ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,

    Plaintiff,

v.

PAUL B. JONES;
STEPHEN MEACHAM; and
WOMEN'S HEALTH CARE OF WESTERN COLORADO, PC, formally known as ROBERT HACKETT, LOUIS IRVIN, STEPHEN MESCHAM, PAUL JONES, MECHAM & JONES, PARTNERSHIP & GYNECOLOGICAL ASSOCIATION, formally known as ROBERT HACKETT, STEPHEN MEACHAM, PAUL JONE, MECHAM & JONES PARTNERSHIP & GYNECOLOGICAL ASSOCIATION,

    Defendants.

## MOTION TO WITHDRAW

    The undersigned, Kevin P. Ahearn, hereby submits this Motion to Withdraw on behalf of Defendant Women's Health Care of Western Colorado PC, pursuant to D.C.COLO.LAttyR 5(b):

    1.    Effective August 26, 2022, I will no longer be associated with the law firm of LEVIN SITCOFF WANEKA PC.

    2.    The client is aware of all upcoming deadlines and Defendant will continue to be represented by Jeremy A. Sitcoff of LEVIN SITCOFF WANEKA PC.

    3.    I have complied with all outstanding orders of this Court. A copy of this Notice is being served on all counsel of record and on Defendant.

WHEREFORE, Kevin P. Ahearn respectfully requests that the Court enter an Order permitting him withdrawal from this case and to remove him from future ECF filings.

Dated this 26th day of August, 2022.

Respectfully submitted,

**LEVIN SITCOFF WANEKA PC**

*/s/ Kevin P. Ahearn*
Jeremy Sitcoff
Kevin Ahearn
1512 Larimer Street, Suite 650
Denver, Colorado 80202
(303) 575-9390
jeremy@lsw-legal.com
kevin@lsw-legal.com
*Counsel for Women's Health Care of Western Colorado, PC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2022, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following email address:

Evan Bennett Stephenson
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203
estephenson@spencerfance.com
*Attorneys for Plaintiff St. Paul Fire and Marine Insurance Company*

Barrett Weisz
BARRETT WEISZ, LLC
900 Arapahoe Avenue
Boulder, CO 80302
weiszllc@gmail.com
*Attorney for Defendant Paul B. Jones, M.D.*

s/ Nicole R. Peterson
Nicole R. Peterson