### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-389-CNS-GPG

ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,

    Plaintiff,

v.

PAUL B. JONES; and
WOMEN'S HEALTH CARE OF WESTERN COLORADO, PC, formally known as ROBERT HACKETT, LOUIS IRVIN, STEPHEN MESCHAM, PAUL JONES, MECHAM & JONES, PARTNERSHIP & GYNECOLOGICAL ASSOCIATION, formally known as ROBERT HACKETT, STEPHEN MEACHAM, PAUL JONE, MEACHAM & JONES PARTNERSHIP & GYNECOLOGICAL ASSOCIATION,

    Defendants.

---

### DEFENDANT WOMEN'S HEALTH CARE OF WESTERN COLORADO, PC'S NOTICE OF BANKRUPTCY FILING

---

Defendant, Women's Health Care of Western Colorado, PC ("WHWC"), by and through its attorneys, Jeremy A. Sitcoff of LEVIN SITCOFF WANEKA PC, submits the following Notice of Bankruptcy Filing:

On September 30, 2022, Defendant WHWC filed a voluntary petition for bankruptcy protection under chapter 7 of the Bankruptcy Code with the U.S. Bankruptcy Court for the District of Colorado, which has been designated as Case No. 22-13791.

Pursuant to section 362(a) of the Bankruptcy Code, the filing of a bankruptcy petition "operates as a stay, applicable to all entities," of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case

under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case." 11 U.S.C. § 362(a)(1). Accordingly, the above-captioned matter has been automatically stayed as to Defendant WHWC.

Dated this 30th day of September, 2022.

Respectfully submitted,

LEVIN SITCOFF WANEKA PC

*s/ Jeremy A. Sitcoff*
Jeremy A. Sitcoff
1512 Larimer Street, Suite 650
Denver, Colorado 80202
(303) 575-9390
jeremy@lsw-legal.com
*Counsel for Defendant Women's Health Care of Western Colorado, PC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2022, I electronically filed the foregoing **DEFENDANT WOMEN'S HEALTH CARE OF WESTERN COLORADO, PC'S NOTICE OF BANKRUPTCY FILING** with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following email address:

Evan Bennett Stephenson
Nathaniel Barker
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203
estephenson@spencerfance.com
*Attorneys for Plaintiff St. Paul Fire and*
*Marine Insurance Company*

Barrett Weisz
BARRETT WEISZ, LLC
900 Arapahoe Avenue
Boulder, CO 80302
weiszllc@gmail.com
*Attorney for Defendant Paul B. Jones, M.D.*

                                                                               *s/ Nicole R. Peterson*
                                                                               Nicole R. Peterson