IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00389-CNS-GPG

ST. PAUL FIRE AND MARINE INSURANCE COMPANY,
a Connecticut corporation,

        Plaintiff,

v.

PAUL B. JONES; and
WOMEN'S HEALTH CARE OF WESTERN COLORADO,
PC, formally known as ROBERT HACKETT, LOUIS
IRVIN, STEPHEN MEACHAM, PAUL JONES,
MEACHAM & JONES, PARTNERSHIP &
GYNECOLOGICAL ASSOCIATION, formally known as
ROBERT HACKETT, STEPHEN MEACHAM, PAUL
JONE, MEACHAM & JONES PARTNERSHIP &
GYNECOLOGICAL ASSOCIATION,

        Defendants.

**PLAINTIFF ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [ECF 111] AS TO DEFENDANT PAUL B. JONES**

Plaintiff St. Paul Fire and Marine Insurance Company ("St. Paul") respectfully requests that the Court extend by fourteen days—or up to and including October 27, 2022—its deadline to file a reply in support of its February 11, 2022 Motion for Summary Judgment (the "MSJ," ECF

111) as to Defendant Paul B. Jones **only**, and in support states[1]:

D.COLO.LCivR 7.1(a) CERTIFICATION: St. Paul's undersigned counsel has conferred with Jones's counsel and is authorized to represent Jones does not oppose the relief requested by this Motion.

## MOTION

1. The Court may extend any deadline for "good cause" on motion submitted before the deadline expires. *See* Fed. R. Civ. P. 6(b)(1)(a). "Demonstrating good cause under the rule 'requires the moving party to show that it has been diligent in attempting to meet the deadlines, which means it must provide an adequate explanation for any delay.'" *Strope v. Collins*, 315 F. App'x 57, 61 (10th Cir. 2009), *quoting Moothart v. Bell*, 21 F.3d 1499, 1504 (10th Cir. 1994).

2. Jones filed his brief in opposition to the MSJ on September 29, 2022. (*See generally* Def. P.B. Jones's Resp. to St. Paul's MSJ, Sept. 29, 2022 (the "Response," ECF 138).) St. Paul's reply as to Jones only must therefore be filed on or before October 13, 2022 (fourteen days after Jones filed his Response). *See* D.C.COLO.LCivR 7.1(d). This Motion is therefore timely, and good exists to extend St. Paul's deadline to file a reply in support of its MSJ as to Jones only.

---

[1] Former Defendant Stephen Meacham has been dismissed by stipulation, (*see* Stip. for Dismissal of Cls. Against S. Meacham with Prejudice, Sept. 9, 2022 (ECF 134)), and Defendant Women's Health Care of Western Colorado, PC (the "Clinic") filed for bankruptcy, (*see* Def. Women's Health Care of W. Colo., PC's Notice of Bankruptcy Filing, Sept. 30, 2022 (ECF 139)). Given Meacham's dismissal and the automatic bankruptcy stay as to the Clinic, *see* 11 U.S.C. § 362(a)(1), the MSJ is pending **only** as to Defendant Paul B. Jones and is stayed as to the Clinic. *See, e.g.*, *Fortier v. Dona Anna Plaza Partners*, 747 F.2d 1324, 1330 (10th Cir. 1984) ("There is nothing in [§ 362] which purports to extend the [bankruptcy] stay to causes of action against solvent co-defendants of the debtor.") (internal citations omitted). Because of the § 362 stay, this Motion does not seek any relief with respect to the Clinic.

3.       St. Paul needs additional time to review the Response (including new authorities and evidence cited in it), confer with its counsel, and determine how to address these authorities and new evidence.

4.       Neither the Court nor Jones will be prejudiced by this brief extension. Indeed, Jones does not oppose this Motion, and the entire matter is otherwise stayed pending finalizing briefing and the Court's ruling on the MSJ. Rather, the requested extension is necessary to allow St. Paul to completely address the Response and ensure the Court can rule on it after complete and fulsome briefing.

5.       Under D.C.COLO.LCivR 6.1(b), undersigned counsel represents that this is St. Paul's first request for an extension to file its reply in support of its MSJ.

6.       Under D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this Motion is being served upon St. Paul.

For these reasons, St. Paul respectfully requests that the Court grant this Motion and order that its deadline to file a reply in support of its MSJ as to Jones only is extended until up to and including October 27, 2022.

Dated: October 10, 2022.                                Respectfully submitted,


                                                *s/ Nathaniel Scott Barker*
Evan Bennett Stephenson
Nathaniel Scott Barker
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO  80203
Telephone:   303.839.3800
Facsimile:    303.839.3838
Email:   estephenson@spencerfane.com
          nbarker@spencerfane.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on October 10, 2022, I electronically filed the foregoing **PLAINTIFF ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [ECF 111] AS TO DEFENDANT PAUL B. JONES** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Jeremy Andrew Sitcoff**
  jas@levinsitcoff.com

- **Barrett Weisz**
  Weiszllc@gmail.com


*s/ Nathaniel Scott Barker*
Nathaniel Scott Barker

5