IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00389-CNS-GPG

ST. PAUL FIRE AND MARINE INSURANCE COMPANY,
a Connecticut corporation,

        Plaintiff,

v.

PAUL B. JONES;
STEPHEN R. MEACHAM and
WOMEN'S HEALTH CARE OF WESTERN COLORADO,
PC, formally known as ROBERT HACKETT, LOUIS
IRVIN, STEPHEN MESCHAM, PAUL JONES, MECHAM
& JONES, PARTNERSHIP & GYNECOLOGICAL
ASSOCIATION, formally known as ROBERT HACKETT,
STEPHEN MEACHAM, PAUL JONE, MEACHAM &
JONES PARTNERSHIP & GYNECOLOGICAL
ASSOCIATION,

        Defendant.

---

## UNOPPOSED MOTION TO RESET ORAL ARGUMENT

---

Plaintiff St. Paul Fire and Marine Insurance Company respectfully requests that the Court vacate and reset the Oral Argument currently scheduled for December 14, 2022, and in support states:

## <u>CERTIFICATE OF CONFERRAL</u>

Pursuant to D.C.COLO.LCivR 7.1(a), Plaintiff's counsel conferred with Defendants' counsel and is authorized to state that Defendants do not oppose the relief requested in this Motion.

1

## MOTION

1.      On December 2, 2022, this Court entered an Order setting an Oral Argument on the pending Motion for Summary Judgment for December 14, 2022. (*See* EFC 143.)

2.      Good cause exists to vacate and reset the Oral Argument. "Demonstrating good cause under the rule 'requires the moving party to show that it has been diligent in attempting to meet the deadlines, which means it must provide an adequate explanation for any delay.'" *Strope v. Collins*, 315 F. App'x 57, 61 (10th Cir. 2009), quoting *Moothart v. Bell*, 21 F.3d 1499, 1504 (10th Cir. 1994).

3.      Plaintiff's lead counsel has a pre-litigation settlement conference in another matter scheduled for December 14, 2022. In that matter, the opposing party demanded that the conference take place before December 16, and December 14 is the only date that both parties are available for the conference. If the conference does not take place, it is likely that the opposing party will initiate and pursue litigation, thus further burdening the parties to that dispute and the courts generally.

4.      In light of these considerations, Plaintiff respectfully requests the Court vacate and reset the Oral Argument scheduled for December 14, 2022, to a date and time that is mutually convenient for the Court and the parties.

5.      No trial date has been set in this matter.

6.      This request will not prejudice any party or unduly delay these proceedings. Further, this request is in the interest of justice and fairness.

7.      Defendants do not oppose the relief requested in this motion.

8.      Consistent with D.C.COLO.LCivR 6.1(b), St. Paul represents that this is its first motion requesting to vacate and reset the Oral Argument.

9.      Consistent with D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this motion is being contemporaneously served upon his client.

## **CONCLUSION**

For these reasons, St. Paul respectfully requests that the Court enter an order granting this Motion and vacating and resetting the Oral Argument currently scheduled for December 14, 2022, to a date and time that is mutually convenient for the Court and the parties.

Dated:  December 5, 2022.                         Respectfully submitted,


                                                  *s/ Nathaniel Scott Barker*
                                                  Evan Bennett Stephenson
                                                  Nathaniel Scott Barker
                                                  Spencer Fane LLC
                                                  1700 Lincoln Street, Suite 2000,
                                                  Denver, CO 80203
                                                  Telephone:   303.839.3800
                                                  Facsimile:  303.839.3838
                                                  Email:   estephenson@spencerfane.com
                                                           nbarker@spencerfane.com

                                                  Attorneys for Plaintiff St. Paul Fire and Marine
                                                  Insurance Company

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I HEREBY CERTIFY that on December 5, 2022, I electronically filed the foregoing **UNOPPOSED MOTION TO RESET ORAL ARGUMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Jeremy Andrew Sitcoff**
  jeremy@lsw-legal.com, karen@lsw-legal.com, nelson@lsw-legal.com, nicole@lsw-legal.com

- **Barrett Weisz**
  weiszllc@gmail.com, gail@ramoslaw.com

*s/ Nathaniel Scott Barker*
Nathaniel Scott Barker

DN 7251553.1