IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 20-cv-00389-CNS-GPG | Date: December 15, 2022 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br>**Plaintiff** | *Nathaniel Barker*<br>*Evan Stephenson* |
| v. | |
| PAUL B. JONES<br>WOMEN'S HEALTH CARE OF WESTERN COLORADO, PC<br>**Defendants** | *Barrett Weisz* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 9:02 a.m.

Appearance of counsel.

Argument given on [111] Plaintiff St. Paul's Motion for Summary Judgment by Stephenson and Mr. Weisz with questions from the Court.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:** **[111] Plaintiff St. Paul's Motion for Summary Judgment is GRANTED.**

> **The Court declares that Plaintiff owes no obligation under the professional policies general liability policy or the physical policy to defend, indemnify or otherwise provide coverage to Defendant Paul B. Jones as to the Emmons, Roberts, and Long actions.**

**ORDERED:**  Case will be administratively stayed pending update regarding the status of Women's Health Care of Western Colorado, P.C. bankruptcy action.

Court in Recess:  9:45 a.m.        Hearing concluded.        Total time in Court:  00:43